```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
JOE HAND PROMOTIONS, INC.,

                Plaintiff,

         - against -                          20 Civ. 6534 (NRB)

MARISOL ROSSI, individually and as an                ORDER
officer, director, shareholder, member
and/or principal of Solace Bar & Grill,
Inc., d/b/a Solace Bar & Grill; and
SOLACE BAR & GRILL, INC., d/b/a SOLACE
BAR & GRILL,

                Defendants.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed defendant Marisol Rossi's letter asking the Court to reconsider its order of November 18, 2020 granting plaintiff's motion for extension of time to serve, ECF No. 19, as well as plaintiff's opposition thereto, ECF No. 20. For clarity of the record, though we now realize Ms. Rossi filed her motion to dismiss in the Pro Se Office on November 17, 2020, ECF No. 17, my chambers did not receive it until after we had ordered the extension of time to serve, ECF No. 18. Regardless, having now reviewed all of Ms. Rossi's papers, we adhere to our initial decision and find no viable grounds for reconsideration. Accordingly, the deadline to serve remains January 18, 2021.

The Clerk of Court is directed to terminate the motion pending at ECF No. 17.

**IT IS SO ORDERED.**

DATED:   New York, New York
         December 4, 2020

                                                   _____
                                                   NAOMI REICE BUCHWALD
                                                   UNITED STATES DISTRICT JUDGE