**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOE HAND PRODUCTIONS, INC.,

                    Plaintiff,

     -against-                                    20 **CIVIL** 6534 (NRB)

                                                            **DEFAULT JUDGMENT**

MARISOL ROSSI, individually, and as an
officer, director, shareholder, member
and/or principal of SOLACE BAR & GRILL,
INC. d/b/a Solace Bar & Grill; and
SOLACE BAR & GRILL, INC. d/b/a Solace
Bar & Grill,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 30, 2022, the Court has granted plaintiff's motion for default judgment and has awarded plaintiff damages in the sum of $2,500.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961. The Court has also awarded costs in the amount of $715.00 and fees in the amount of $4,180.00.

**Dated:**  New York, New York

       September 1, 2022

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                        **BY:**    *K. Mango*

                                                                      **Deputy Clerk**