**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,

                Plaintiff,

-against-                              20 **CIVIL** 6534 (NRB)

                                            **MODIFIED JUDGMENT**

MARISOL ROSSI, individually, and as an
officer, director, shareholder, member
and/or principal of SOLACE BAR & GRILL,
INC. d/b/a Solace Bar & Grill; and SOLACE
BAR & GRILL, INC. d/b/a Solace Bar &
Grill,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 26, 2023, because this new information "might reasonably be expected to alter the conclusion reached by the [C]ourt," Cho, 991 F.3d at 170, plaintiff's motion for reconsideration is granted and our original decision is modified to award $5,000.00 in damages. The original award of costs and attorney's fees remains the same, for costs in the amount of $715.00 and fees in the amount of $4,180.00.

**Dated:** New York, New York

      January 27, 2023

                                                                         **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                                         **Deputy Clerk**